**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSCAR MARTINEZ CARRILLO,**<br><br>***Petitioner*,**<br>**v.**<br><br>**FIELD OFFICE DIRECTOR,**<br>*Enforcement and Removal Operations, Camp East Montana Detention Facility, El Paso, Texas Field Office*;<br>**DAVID J. VENTURELLA,**<br>*in his official capacity as the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;<br>**MARKWAYNE MULLIN,**<br>*in his official capacity as Secretary, U.S. Department of Homeland Security*; **and**<br>**TODD BLANCHE,**<br>*in his official capacity as Attorney General of the United States*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00023-DCG** |

**<u>ORDER REGARDING UNAUTHORIZED *PRO SE* FILING</u>**

Petitioner Oscar Martinez Carrillo has filed a document entitled "Inquiry to the Court."[1] Petitioner purported to file that document *pro se*—that is, on his own, rather than through his attorney of record.[2]

[1] *See* Inquiry, ECF No. 8, at 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See id.* at 2 (signing the document "Pro Se; Oscar Martinez Carrillo"); *see also, e.g.*, Reply, ECF No. 7, at 13 (signature block indicating that an attorney represents Petitioner in this matter).

Only Petitioner's attorney of record may file documents on his behalf.[3] The Court therefore **STRIKES** Petitioner's "Inquiry to the Court" (ECF No. 8) from the docket. The Court **WILL NOT CONSIDER** Petitioner's *pro se* filing.

The Court **ADMONISHES** Petitioner **NOT** to attempt to file documents *pro se* so long as he remains represented by counsel in this matter. If Petitioner wants to communicate with the Court, he must do so through a formal court filing, submitted by his attorney, that complies with the Federal Rules of Civil Procedure and all other applicable laws and rules.

The Court respectfully **ENCOURAGES** Petitioner's attorney to **EDUCATE** his client that he may not file documents *pro se* so long as he remains represented by counsel in this case.

The Clerk of Court shall **SUBSTITUTE** the named Respondents in this case as follows:

(1) substitute David Venturella, as the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in place of Former Acting Director Todd M. Lyons;

(2) substitute Current DHS Secretary Markwayne Mullin for Former Secretary Kristi Noem; and

(3) substitute U.S. Attorney General Todd Blanche in place of Former Attorney General Pamela Bondi.[4]

---

[3] *See, e.g.*, *Goliakov v. Noem*, No. 3:25-CV-00613, 2026 WL 822445, at *1 (W.D. Tex. Mar. 24, 2026) ("A party is not entitled to 'hybrid representation'—that is, to simultaneously proceed *pro se* and through counsel. . . . [B]y filing [a motion] *pro se*, Petitioner has proceeded under 'hybrid representation' without the statutory right to do so. The Court will deny the [m]otion [accordingly] . . . .").

[4] *Compare* Pet., ECF No. 1, at 1 (indicating that Petitioner is suing all three of those Respondents "in their official capacities"), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

The Clerk of Court **SHALL MAIL** this Order to:

Oscar Martinez Carrillo
El Paso Service Processing Center
8915 Montana Ave.
El Paso, TX 79925

**So ORDERED and SIGNED this 31st day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**